UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL HERNANDEZ,

          Plaintiff,

   v.

CITY OF GIG HARBOR, et al.,

          Defendant.

CASE NO. 3:21-CV-5401-BHS

REPORT AND RECOMMENDATION

Noting Date: August 13, 2021

    Plaintiff Michael Hernandez, proceeding *pro se*, filed this action alleging violations of his constitutional rights. *See* Dkt. 1-1. The District Court has referred Plaintiff's pending Application to Proceed *In Forma Pauperis* ("IFP") and Proposed Complaint to United States Magistrate Judge David W. Christel pursuant to Amended General Order 02-19.

    Plaintiff filed this action on May 25, 2021. *See* Dkt. 1. On June 10, 2021, the Court screened Plaintiff's Proposed Complaint and found it was deficient because Plaintiff failed to state a claim for which relief may be granted. *See* Dkt. 3. The Court dismissed the Proposed Complaint without prejudice, re-noted the pending Application to Proceed IFP, and provided Plaintiff leave to file an amended pleading by July 12, 2021, to cure the identified deficiencies.

1 *Id*. The Court warned that failure to file an amended complaint or adequately respond to the issues identified in the Order would result in the Court recommending the Application to Proceed IFP be denied and the case be closed. *Id*.

Plaintiff has failed to comply with the Court's Order. He has not filed a response to the Order or filed an amended complaint. Further, as discussed in the Order, Plaintiff has failed to state a claim upon which relief can be granted in the Proposed Complaint. *See* Dkt. 3. Therefore, the Court recommends the Application to Proceed IFP (Dkt. 1) be denied and this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on August 13, 2021, as noted in the caption.

Dated this 26th day of July, 2021.

David W. Christel
United States Magistrate Judge