UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF GIG HARBOR, et al.<br><br>　　　　　Defendants. | CASE NO. C21-5401BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

THIS MATTER is before the Court on Magistrate Judge Christel's Report and Recommendation, Dkt. 4, recommending the Court DENY Plaintiff Hernandez's Motion for Leave to Proceed *in forma pauperis*, Dkt. 1, and dismiss without prejudice his 42 U.S.C. § 1983 complaint for failure to state a claim and for failure file an amended complaint. Hernandez has not objected or otherwise responded to the Report and Recommendation.

The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

1. The Report and Recommendation is **ADOPTED;**

2. Hernandez's Motion for Leave to Proceed in forma pauperis is **DENIED;**

ORDER - 1

3. Plaintiff Hernandez's claims are **DISMISSED without prejudice**;

4. A Certificate of Appealability is **DENIED**;

5. The Clerk shall send copies of this Order to Hernandez's last known address and to Magistrate Judge Christel; and

6. The Clerk shall enter a JUDGMENT and close the case.

Dated this 30th day of August, 2021.

BENJAMIN H. SETTLE
United States District Judge